


```
                                FILED
                          U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA
                          2004 JUN 16  A 8: 40
                          LORETTA G. WHYTE
                                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| L&S EQUIPMENT, INC. | CIVIL ACTION |
| VERSUS | NO. 01-2781 |
| CRANES AND EQUIPMENT ET AL. | SECTION "S" (2) |

### AMENDED JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered against David Symon in the amount of $35,000.00, plus post-judgment interest to accrue from this day forward until the judgment is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiff, L&S Equipment, Inc., and against defendant, David Symon, for attorney's fees in the amount of $1,305.00, plus post-judgment legal interest on that amount from the date of this amended judgment until paid at the rate established in 28 U.S.C. § 1961.

New Orleans, Louisiana, this _14_ day of _June_____, 2004.

_____
UNITED STATES DISTRICT JUDGE

```
DATE OF ENTRY
JUN 1 6 2004
```

```
__ Fee_____
__ Process____
X  Dktd_____
__ CtRmDep___
__ Doc. No.___
```